■ In the Matter of SALVATORE J. PIEMONTE, an Attorney, Respondent. [703 NYS2d 404] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (f). Present—Green, A. P. J., Pine, Wisner, Pigott, Jr., and Scudder, JJ. (Filed Jan. 26, 2000.)

■ In the Matter of THOMAS ALLEN BRIODY, an Attorney, Resignor. [703 NYS2d 402] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ. (Filed Nov. 16, 1999.)

■ In the Matter of PHILIP JENSS MYERS, an Attorney, Resignor. [703 NYS2d 407] —Voluntary resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Hayes, Pigott, Jr., Hurlbutt and Scudder, JJ. (Filed Feb. 4, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN AYERS, Appellant. [703 NYS2d 403] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Criminal Contempt, 1st Degree.) Present—Green, A. P. J., Pine, Hurlbutt, Scuddder and Balio, JJ. (Filed Jan. 4, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SEAN AYERS, Appellant. [703 NYS2d 404] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Marks, J.—Criminal Possession Weapon, 2nd Degree.) Present—Green, A. P. J., Pine, Hurlbutt, Scuddder and Balio, JJ. (Filed Jan. 4, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLTON FENNELL, Appellant. [703 NYS2d 406] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Ark, J.—Robbery, 1st Degree.) Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ. (Filed Jan. 31, 2000.)